# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 6/1/22
White Plains, NY

Sentencing adjourned to 7/14/22 at 11:00 am. Defendant's submission due 6/30/22. Government's submission due 7/7/22

**BY ECF & E-MAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nasir H. Carter*, 21-cr-372-2 (VB)

Dear Honorable Judge Briccetti:

I write to request an adjournment of Mr. Carter's sentencing currently scheduled for June 17, 2022, at 3:00 p.m. to a date in July 2022.

As the Court is aware, Mr. Carter's prior counsel, Jason Ser, has left the Federal Defender's Office. His replacement, Rachel Martin, who will be taking over this case, does not start until June 6, 2022. Although Ms. Martin's start date is prior to Mr. Carter's sentencing, it is after any defense sentencing submission is due, which is this Friday, June 3, 2022. In addition, Ms. Martin will require time to review the file, meet with Mr. Carter, and prepare a sentencing submission on his behalf. Therefore, I am respectfully requesting the case be adjourned to July so that Ms. Martin can adequately prepare for sentencing.

I have discussed this request with Assistant United States Attorney Jeffrey Coffman, who does not object to this request. Therefore, Mr. Carter respectfully requests his sentencing be adjourned to July 2022.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender

cc:  Jeffrey Coffman, AUSA