# Federal Defenders
## OF NEW YORK, INC

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 6/27/22
White Plains, NY

Sentencing adjourned to 10/20/22 at 11:00 a.m. Defendant's submission due 10/6/22. Government's submission due 10/13/22.

**BY ECF, EMAIL, HAND DELIVERY**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nasir Carter*, 21-cr-372 (VLB)

Dear Judge Briccetti:

I write to request an adjournment of Mr. Carter's sentencing currently scheduled for July 11, 2022, to a date on or after October 19, 2022.

As the Court is aware, Mr. Carter's prior counsel, Jason Ser, left the Federal Defender's Office. I received the case materials for this case recently and need additional time to prepare for sentencing. Specifically, I require time to review the file with our office social worker and develop a proper rapport with the client. Mr. Carter is facing a mandatory minimum of 15 years. I have discussed this request for a continuance with Mr. Carter and he does not object to it.

I have also discussed this request with Assistant United States Attorney Jeffrey Coffman, who has no objection. Therefore, Mr. Carter respectfully requests his sentencing be adjourned to anytime on or after October 19, 2022.

Sincerely,

Rachel S. Martin
Assistant Federal Defender

cc: Nasir Carter
Jeffrey Coffman, AUSA