# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
~~Attorney-in-Charge~~

September 20, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 9/21/22
White Plains, NY

Sentencing adjourned to 12/1/22 at 2:30 pm. Defendant's submission due 11/17/22. Government's submission due 11/23/22.

**BY ECF and E-MAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Nasir Carter*, 21-cr-372 (VLB)
21 CR 372

Dear Judge Briccetti:

I write to request an adjournment of Mr. Carter's sentencing, which is currently scheduled for October 20, 2022, to a date on or after November 28.

Defense counsel was scheduled to be on trial from September 19 through September 23, but the trial was recently moved to September 28 through ~~October 4. As such,~~ defense counsel does not have adequate time to prepare for this sentencing.

Defense counsel discussed this continuance with Assistant United States Attorney Jeffrey Coffman and requested a new sentencing date of November 17. Mr. Coffman had no objection to the requested continuance, but is on trial beginning November 14. He requested that Mr. Carter's sentencing be moved to November 28 or thereafter.

Therefore, Mr. Carter requests that his current sentencing date of October 20, 2022 be adjourned to November 28 or thereafter. Mr. Carter is facing a mandatory minimum of 15 years, with higher guidelines. This continuance will allow defense counsel to prepare a thorough and thoughtful sentencing letter. I have discussed this requested continuance with Mr. Carter. He understands the reason for the request and has no objection.

Sincerely,

/s/ Rachel Martin

Rachel S. Martin
Assistant Federal Defender

cc:   Nasir Carter
      Jeffrey Coffman, AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/22