UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA      :

     :     **ORDER**

v.      :

     :     21 CR 372-2  (VB)

NASIR H. CARTER,      :

                Defendant.      :

------------------------------------------------------x

It is hereby ORDERED that Rachel S. Martin, Esq., is relieved as attorney of record and

Francis L. O'Reilly, Esq., is appointed as attorney for defendant Carter pursuant to the Criminal

Justice Act.

Dated:  October 31, 2023
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge